No. 00–7064. McDOW v. APFEL, COMMISSIONER OF SOCIAL SECURITY, 531 U. S. 1095. Motion for leave to file petition for rehearing denied.

MAY 21, 2001

No. 00–8391. COLLAZO-APONTE v. UNITED STATES. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–9054. COREY v. MENDEL ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–9491. JOHNSON v. WYOMING. Dist. Ct. Wyo., Laramie County. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00A801. NABATANZI v. IMMIGRATION AND NATURALIZATION SERVICE. Application for stay of deportation, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2246. IN RE DISBARMENT OF MAGUIRE. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. D–2250. IN RE DISBARMENT OF DEAN. Disbarment entered. [For earlier order herein, see 531 U. S. 1188.]